UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGH GLASS,<br><br>          Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>          Defendant. | Case No. 16-cv-02142-JD<br><br>**ORDER DENYING PLAINTIFF'S "EX PARTE APPLICATIONS"**<br><br>Re: Dkt. Nos. 29, 43 |

Pro se plaintiff Leigh Glass has filed two "ex parte applications" requesting that the Court "order its Clerk's office to do its job" and "admonish" its docketing clerk. Dkt. Nos. 29, 43.

These requests are wholly improper, in procedure and substance. They have nothing to do with the substance of plaintiff's case and amount to nothing more than improper personal attacks.

The Court denies the pending requests. Any future filings of this sort may result in the imposition of sanctions including the termination of ECF filing rights.

**IT IS SO ORDERED.**

Dated: September 23, 2016

_____
JAMES DONATO
United States District Judge