UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEIGH GLASS,

        Plaintiff,

   v.

U.S. DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT, et al.,

        Defendants.

Case No. 16-cv-02142-JD

**ORDER TO SHOW CAUSE**

      On May 9, 2018, pro se plaintiff Leigh Glass filed a case management statement asking that "scheduling be postponed" and "setting a trial date be postponed," to allow further attempts at settlement.  Dkt. No. 61 at 4.  The docket shows that no further activity has happened in the case since that date.  Plaintiff Glass is ordered to show cause in writing by September 25, 2019, why the case should not be dismissed under Federal Rule of Civil Procedure 41(b), for failure to prosecute.  Given the long period of inactivity, the case will administratively be closed pending further order.

      **IT IS SO ORDERED.**

Dated:  September 13, 2019

JAMES DONATO
United States District Judge